October 31, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

DENIS J. SIMON, Appellant

NO. 14-13-00481-CV                    V.

TEXAS DEPARTMENT OF AGING & DISABILITY SERVICES, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 4, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Denis J. Simon.

We further order this decision certified below for observance.